# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 848 - 4 | **DATE** | 12/28/2007 |
| **CASE TITLE** | United States of America vs. Rajesh Katwa | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for detention is granted. Defendant is to be detained and removed forthwith to the United States District Court - Middle District of Pennsylvania.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|