CH

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 848 - 1 | **DATE** | 1/2/2008 |
| **CASE TITLE** | United States of America vs. Rajesh Katwa | | |

**DOCKET ENTRY TEXT**

Enter order of detention pending trial.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|