cH

# FILED

JAN 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07cr848

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☒ Agent ☐ Addressee<br>X _____<br>B. Received by (Printed Name)  C. Date of Delivery<br>Darlene F _____   1-8-08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Anita A. Arledge<br>ed States District Court<br>t Office Box 983<br>'isburg, PA 17108 | [USPS postmark stamp]<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 6492 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |