

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
January 3, 2008

**FILED**

Ms. Anita A. Arledge
United States District Court
Post Office Box 983
Harrisburg, PA 17108

Re: USA vs. Rajesh Katwa       1:07- CR- 478-05



JAN 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

_X_ Docket Sheet,
    Case No.: 07 cr 848

_X_ Order of Removal dated: 12/28/07

_X_ Affidavit in Removal

___ Final Commitment Proceedings

_X_ Financial Affidavit

___ Temporary Commitment

___ Order appointing counsel

___ Order setting conditions of release

___ CJA 20 Form

___ Detention Order

_X_ Appearance form

___ Appearance Bond

_X_ Other(see docket for entries): Minute order dated 12/18/07

FILED
JAN 1 1 2008
PER _____ JV
HARRISBURG, PA   DEPUTY CLERK

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Yvette Pearson
Yvette Pearson, Deputy Clerk